IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Board of Trustees in their capacities as Trustees of the Industrial Carpenters Trust Funds,<br>          Plaintiffs,<br>     vs.<br><br>The McGuire Furniture Company, a California Corporation,<br>          Defendants._____/ | No. C 15-02335 RS<br><br>**STANDBY ORDER OF DISMISSAL** |

    The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **November 2, 2015**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 5, 2015 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated: September 8, 2015

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE